J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Attorneys for AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERSONAL WEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants. | Case No.: 3:18-cv-00767 <br><br> **AMAZON WEB SERVICES, INC. AND AMAZON.COM, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Amazon.com, Inc. and Amazon Web Services, Inc., through their undersigned counsel, state as follows:

Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock. Amazon Web Services, Inc. is a wholly owned subsidiary of Amazon.com, Inc.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have

a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, other than that of the named party to this action.

Dated:   February 5, 2018                FENWICK & WEST LLP


By: /s/ *J. David Hadden*
    J. David Hadden
    Saina S. Shamilov
    Todd R. Gregorian
    Phillip J. Haack
    Chieh Tung
    Attorneys for Amazon.com, Inc. and
    Amazon Web Services, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

AMAZON'S CERTIFICATE OF
INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT        2                Case No.: 3:18-cv-00767