J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.

MICHAEL SHERMAN (SBN 94783)
michaelsherman@iplawllp.com
JEFFREY F. GERSH (SBN 87124)
jeffgersh@iplawllp.com
SANDEEP SETH (SBN 195914)
sandyseth@iplaw.com
WESLEY W. MONROE (SBN 149211)
wesleymonroe@iplawllp.com
IP LAW GROUP, LLP
15030 Ventura Boulevard, #166
Sherman Oaks, CA 91403
Telephone: (818) 444-9271
Facsimile: (818) 475-1332

Attorneys for
PERSONALWEB TECHNOLOGIES, LLC

DAVID D. WIER (*pro hac vice*)
david.wier@level3.com
Assistant General Counsel
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539

Attorney for
LEVEL 3 COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | CASE NO. 5:18-cv-00767-BLF<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**SUPPORTING ATTESTATION** |

1  Pursuant to Civil L.R. 6-1(a), Defendants PersonalWeb Technologies, LLC
2  ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") (collectively,
3  "Defendants") and Plaintiffs Amazon.com, Inc. and Amazon Web Services, Inc.
4  (collectively, "Plaintiffs") respectfully stipulate to extend the date for Defendants to
5  file and serve an answer or other response to Plaintiffs' Complaint by nine (9) days,
6  up to and including March 23, 2018.
7  The parties previously stipulated to an extension of time for Defendants to
8  respond by March 14, 2018. This extension will not alter the date of any event or any
9  deadline already fixed by Court

10 Respectfully submitted,

Dated: March 12, 2018        IP LAW GROUP, LLP

By:   /s/ Michael Sherman
       Michael Sherman
       Attorneys for Defendant
       PERSONALWEB TECHNOLOGIES, LLC

Dated: March 12, 2018        DAVID D. WIER

By:   /s/ David Wier
       David D. Wier
       Attorney for Defendant
       LEVEL 3 COMMUNICATIONS, LLC

Dated: March 12, 2018        FENWICK & WEST, LLP

By:   /s/ J. David Hadden
       J. David Hadden
       Attorneys for Plaintiff
       AMAZON.COM, INC. and AMAZON
       WEB SERVICES, INC.

# ATTESTATION

Counsel for PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.

Dated: March 12, 2018    IP LAW GROUP, LLP

By: /s/ Michael Sherman
Michael Sherman
Attorneys for Defendant
PERSONALWEB TECHNOLOGIES, LLC

Dated: March 12, 2018    DAVID D. WIER

By: /s/ David Wier
David D. Wier
Attorney for Defendant
LEVEL 3 COMMUNICATIONS, LLC