| | |
|---|---|
| 1 | Michael A. Sherman (SBN 94783) |
| | michaelsherman@iplawllp.com |
| 2 | Jeffrey F. Gersh (SBN 87124) |
| | jeffgersh@iplawllp.com |
| 3 | Sandeep Seth (SBN 195914) |
| | sandyseth@iplawllp.com |
| 4 | Wesley W. Monroe (SBN 149211) |
| | wesmonroe@iplawllp.com |
| 5 | Viviana Boero Hedrick (SBN 239359) |
| | vivianahedrick@iplawllp.com |
| 6 | IP LAW GROUP, LLP |
| | 15030 Ventura Blvd., #166 |
| 7 | Sherman Oaks, CA 91403 |
| | Telephone:   (818) 444-9270 |
| 8 | Facsimile:    (818) 475-1332 |
| 9 | Theodore S. Maceiko (SBN 150211) |
| | ted@maceikoip.com |
| 10 | MACEIKO IP |
| | 420 2nd Street |
| 11 | Manhattan Beach, California 90266 |
| | Telephone:   (310) 545-3311 |
| 12 | Facsimile:    (310) 545-3344 |
| 13 | **Attorneys for Defendant** |
| | **PERSONALWEB TECHNOLOGIES, LLC,** |
| 14 | **a Texas limited liability company** |
| 15 | David D. Wier |
| | david.wier@level3.com |
| 16 | Vice President and Assistant General Counsel |
| | 1025 Eldorado Boulevard |
| 17 | Broomfield, CO 80021 |
| | Telephone: (720) 888-3539 |
| 18 | |
| 19 | **Attorneys for Defendant** |
| | **LEVEL 3 COMMUNICATIONS, LLC,** |
| | **a Delaware limited liability company** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., | **CASE NO.: 18-cv-00767-BLF** |
| Plaintiff, | **NOTICE OF APPEARANCE BY JEFFREY F. GERSH** |
| v. | |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company | |
| Defendants. | |

**NOTICE OF APPEARANCE BY JEFFREY F. GERSH**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of attorney Jeffrey F. Gersh of the law firm IP Law Group, LLP as counsel in this action for Defendant PersonalWeb Technologies, LLC.

Respectfully submitted,

Dated: March 13, 2018

**IP LAW GROUP, LLP**

By: /s/ *Jeffrey F. Gersh*
  Jeffrey F. Gersh

  Attorney for Defendant
  PersonalWeb Technologies, LLC