Michael A. Sherman (SBN 94783)
michaelsherman@iplawllp.com
Jeffrey F. Gersh (SBN 87124)
jeffgersh@iplawllp.com
Sandeep Seth (SBN 195914)
sandyseth@ipllplaw.com
Wesley W. Monroe (SBN 149211)
wesmonroe@iplawllp.com
Viviana Boero Hedrick (SBN 239359)
vivianahedrick@iplawllp.com
IP LAW GROUP, LLP
15030 Ventura Blvd., #166
Sherman Oaks, CA 91403
Telephone:   (818) 444-9270
Facsimile:   (818) 475-1332

Theodore S. Maceiko (SBN 150211)
ted@maceikoip.com
MACEIKO IP
420 2nd Street
Manhattan Beach, California 90266
Telephone:   (310) 545-3311
Facsimile:   (310) 545-3344

**Attorneys for Defendant**
**PERSONALWEB TECHNOLOGIES, LLC,**
**a Texas limited liability company**

David D. Wier
david.wier@level3.com
Vice President and Assistant General Counsel
1025 Eldorado Boulevard
Broomfield, CO 80021
Telephone: (720) 888-3539

**Attorneys for Defendant**
**LEVEL 3 COMMUNICATIONS, LLC,**
**a Delaware limited liability company**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>             Plaintiff, <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and <br> LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company <br>             Defendants. | **CASE NO.: 18-cv-00767-BLF** <br><br> **NOTICE OF APPEARANCE BY MICHAEL A. SHERMAN** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE of the appearance of attorney Michael A. Sherman of
3  the law firm IP Law Group, LLP as counsel in this action for Defendant PersonalWeb
4  Technologies, LLC.

6  Respectfully submitted,

8  Dated: March 13, 2018

          **IP LAW GROUP, LLP**

          By: /s/ *Michael A. Sherman*
              Michael A. Sherman

          Attorneys for Defendant
          PersonalWeb Technologies, LLC