UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ATLASSIAN, INC.,<br><br>　　　　　　Defendant.<br><br>Related Cases:<br>*PersonalWeb Technologies, LLC et al v. Cloud 66, Inc.*, 18-cv-00155<br><br>*PersonalWeb Technologies, LLC et al v. Curebit, Inc.*, 18-cv-00156<br><br>*PersonalWeb Technologies, LLC et al v. Doximity, Inc.*, 18-cv-00157<br><br>*PersonalWeb Technologies, LLC et al v. GoPro, Inc.*, 18-cv-00161<br><br>*PersonalWeb Technologies, LLC et al v. Melian Labs, Inc.*, 18-cv-00165<br><br>*PersonalWeb Technologies, LLC et al v. Quotient Technology, Inc.*, 18-cv-00169<br><br>*PersonalWeb Technologies, LLC et al v. Reddit, Inc.*, 18-cv-00170<br><br>*PersonalWeb Technologies, LLC et al v. Roblox Corporation*, 18-cv-00171<br><br>*PersonalWeb Technologies, LLC et al v. Stitchfix, Inc.*, 18-cv-00173<br><br>*PersonalWeb Technologies, LLC et al v. Teespring, Inc.*, 18-cv-00175<br><br>*PersonalWeb Technologies, LLC et al v. Tophatter, Inc.*, 18-cv-00176<br><br>*PersonalWeb Technologies, LLC et al v. Webflow, Inc.*, 18-cv-00178<br><br>*PersonalWeb Technologies, LLC et al v.* | Case No.  18-cv-00154-BLF<br><br>**ORDER REGARDING STAY** |

*Vend Inc. et al*, 18-cv-00196

*Amazon.com et al v. PersonalWeb Technologies, LLC et al*, 18-cv-00767

On April 27, 2018, the Court heard fourteen motions to stay filed by Defendants in the following fourteen cases:[1]

*PersonalWeb Technologies, LLC et al v. Atlassian, Inc.*, 18-cv-00154
*PersonalWeb Technologies, LLC et al v. Cloud 66, Inc.*, 18-cv-00155
*PersonalWeb Technologies, LLC et al v. Curebit, Inc.*, 18-cv-00156
*PersonalWeb Technologies, LLC et al v. Doximity, Inc.*, 18-cv-00157
*PersonalWeb Technologies, LLC et al v. GoPro, Inc.*, 18-cv-00161
*PersonalWeb Technologies, LLC et al v. Melian Labs, Inc.*, 18-cv-00165
*PersonalWeb Technologies, LLC et al v. Quotient Technology, Inc.*, 18-cv-00169
*PersonalWeb Technologies, LLC et al v. Reddit, Inc.*, 18-cv-00170
*PersonalWeb Technologies, LLC et al v. Roblox Corporation*, 18-cv-00171
*PersonalWeb Technologies, LLC et al v. Stitchfix, Inc.*, 18-cv-00173
*PersonalWeb Technologies, LLC et al v. Teespring, Inc.*, 18-cv-00175
*PersonalWeb Technologies, LLC et al v. Tophatter, Inc.*, 18-cv-00176
*PersonalWeb Technologies, LLC et al v. Webflow, Inc.*, 18-cv-00178
*PersonalWeb Technologies, LLC et al v. Vend Inc. et al*, 18-cv-00196

The Court also heard a motion for preliminary injunction in *Amazon.com et al v. PersonalWeb Technologies, LLC et al*, 18-cv-00767 (the "*Amazon* case").

For the reasons stated during the hearing, the above fifteen cases are stayed until June 7, 2018 when the Court will hear PersonalWeb Technologies and Level 3 Communications, LLC's ("PersonalWeb") motion to dismiss in the *Amazon* case. The stay does not limit the parties' ability to engage in activity involving *In re PersonalWeb Technologies, LLC, and Level 3 Communications, LLC, Patent Litigation*, MDL No. 2834 (J.P.M.L. Feb. 27, 2018) ("*In re PersonalWeb*").

**IT IS SO ORDERED.**

Dated: April 27, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

---

[1] On the same day, a fifteenth motion to stay was scheduled to be heard for *PersonalWeb Technologies, LLC et al v. Stumbleupon, Inc.*, 18-cv-00174. However, that case has been voluntarily dismissed.