1

2

3            **UNITED STATES DISTRICT COURT**

4            **NORTHERN DISTRICT OF CALIFORNIA**

5            **SAN JOSE DIVISION**

6

7   AMAZON.COM, INC., ET AL.,                Case No.  18-cv-00767-BLF

8               Plaintiffs,

9          v.                                **ORDER VACATING HEARING DATE**

10  PERSONAL WEB TECHNOLOGIES, LLC,
    et al.,
11
                Defendants.
12

13        On May 11, 2018, Defendants withdrew their motion to dismiss Plaintiffs' first amended

14  complaint (ECF 43).  ECF 59.  Accordingly, the Court CONFIRMS that the June 7, 2018 hearing

15  on Defendants' motion to dismiss (ECF 43) has been canceled.

16

17        **IT IS SO ORDERED.**

18

19  Dated:  May 31, 2018

20                                           _____
                                             BETH LABSON FREEMAN
21                                           United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California