| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783) | J. DAVID HADDEN (CSB No. 176148) |
| masherman@stubbsalderton.com | dhadden@fenwick.com |
| JEFFREY F. GERSH (SBN 87124) | SAINA S. SHAMILOV (CSB No. 215636) |
| jgersh@stubbsalderton.com | sshamilov@fenwick.com |
| SANDEEP SETH (SBN 195914) | TODD R. GREGORIAN (CSB No. 236096) |
| sseth@ stubbsalderton.com | tgregorian@fenwick.com |
| WESLEY W. MONROE (SBN 149211) | PHILLIP J. HAACK (CSB No. 262060) |
| wmonroe@stubbsalderton.com | phaack@fenwick.com |
| STANLEY H. THOMPSON, JR. (SBN 198825) | RAVI R. RANGANATH (CSB No. 272981) |
| sthompson@stubbsalderton.com | rranganath@fenwick.com |
| VIVIANA B. HEDRICK (SBN 239359) | CHIEH TUNG (CSB No. 318963) |
| vhedrick@stubbsalderton.com | ctung@fenwick.com |
| STUBBS ALDERTON MARKILES, LLP | FENWICK & WEST LLP |
| 15260 Ventura Boulevard, 20TH Floor | Silicon Valley Center |
| Sherman Oaks, CA  91403 | 801 California Street |
| Telephone:     (818) 444-4500 | Mountain View, CA  94041 |
| Facsimile:     (818) 444-4520 | Telephone:     650.988.8500 |
| | Facsimile:     650.938.5200 |

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

Counsel for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.

DAVID D. WIER
david.wier@level3.com
Assistant General Counsel
1025 Eldorado Boulevard
Broomfield, CO  80021
Telephone:     (720) 888-3539

Attorney for LEVEL 3 COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PERSONAL WEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br>Defendants. | Case No.: 5:18-cv-00767-BLF <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON *KESSLER* MOTION AND CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 7, 2019** |

PersonalWeb Technologies, LLC and Level 3 Communications, LLC (collectively, "PersonalWeb") and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") hereby stipulate and recite as follows:

WHEREAS, a continued Case Management Conference ("CMC") and hearing on Amazon's Motion for Summary Judgment on Declaratory Judgment Claims and Defenses Under the Claim Preclusion and *Kessler* Doctrine ("*Kessler* Motion Hearing") is scheduled for February 7, 2019;

WHEREAS, due to an unforeseen medical emergency, PersonalWeb's lead counsel, Michael A. Sherman, cannot attend the *Kessler* Motion Hearing and CMC on February 7, 2019;

WHEREAS, PersonalWeb has requested and Amazon has agreed to vacate the February 7, 2019 hearing and CMC;

WHEREAS, the parties agree that the *Kessler* Motion Hearing should take place as soon as possible, subject to the availability of PersonalWeb's lead counsel and the Court, and agree to jointly contact chambers by February 7, 2019 (or as soon thereafter as the parties and the Court's Calendar Clerk are available) to discuss the earliest available dates for a hearing;

**IT IS HEREBY STIPULATED AND AGREED** by the parties as follows:

The CMC and *Kessler* Motion Hearing originally scheduled for February 7, 2019 is vacated, and the parties shall contact the Court's Calendar Clerk by February 7, 2019 (or as soon thereafter as the parties and the Court's Calendar Clerk are available) to discuss available dates for the *Kessler* Motion Hearing.

Respectfully submitted,

Dated: February 4, 2019         STUBBS ALDERTON & MARKILES, LLP

By: */s/Viviana Boero Hedrick*
Viviana Boero Hedrick

Counsel for PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC

| | | |
|---|---|---|
| 1 | Dated:   February 4, 2019 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Ravi R. Ranganath*<br>    Ravi R. Ranganath |
| 4 | | Counsel for AMAZON. COM, INC. and AMAZON WEB SERVICES, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: February 4, 2019 | MACEIKO IP |
| 8 | | By:   */s/ Theodore S. Maceiko*<br>    Theodore S. Maceiko (SBN 150211)<br>    ted@maceikoip.com<br>    MACEIKO IP<br>    420 2nd Street<br>    Manhattan Beach, CA  90266<br>    Telephone: (310) 545-3311<br>    Facsimile: (310) 545-3344 |
| 13 | | Counsel for PERSONALWEB TECHNOLOGIES, LLC |
| 15 | Dated: February 4, 2019 | DAVID D. WIER |
| 17 | | By: */s/ David D. Wier*<br>    David D. Wier<br>    david.wier@level3.com<br>    Assistant General Counsel<br>    1025 Eldorado Boulevard<br>    Broomfield, CO  80021<br>    Telephone:        (720) 888-3539 |
| 21 | | Counsel for<br>LEVEL 3 COMMUNICATIONS, LLC |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER VACATING HEARING ON KESSLER MOTION AND CMC

3

CASE NO.:  5:18-md-2834-BLF
CASE NO.:  5:18-cv-00767-BLF

# ATTESTATION

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: February 4, 2019               STUBBS ALDERTON & MARKILES, LLP

By: */s/Viviana Boero Hedrick*
Viviana Boero Hedrick

Counsel for PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 4, 2019

Honorable Beth Labson Freeman
United States District Judge