| | |
|---|---|
| 1 | MICHAEL A. SHERMAN (SBN 94783) |
| | masherman@stubbsalderton.com |
| 2 | JEFFREY F. GERSH (SBN 87124) |
| | jgersh@stubbsalderton.com |
| 3 | SANDEEP SETH (SBN 195914) |
| | sseth@stubbsalderton.com |
| 4 | WESLEY W. MONROE (SBN 149211) |
| | wmonroe@stubbsalderton.com |
| 5 | STANLEY H. THOMPSON, JR. (SBN 198825) |
| | sthompson@stubbsalderton.com |
| 6 | VIVIANA BOERO HEDRICK (SBN 239359) |
| | vhedrick@stubbsalderton.com |
| 7 | **STUBBS, ALDERTON & MARKILES, LLP** |
| | 15260 Ventura Blvd., 20th Floor |
| 8 | Sherman Oaks, CA 91403 |
| | Telephone:   (818) 444-4500 |
| 9 | Facsimile:   (818) 444-4520 |

Attorneys for Patent Plaintiff
and Counterclaimant
PERSONALWEB TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>Case No.: 5:18-cv-00767-BLF |
| AMAZON.COM, INC., et., al.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et., al.,<br><br>Defendants. | Case No.: 5:18-cv-05619-BLF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND CHANGE IN COUNSEL FOR LEVEL 3 COMMUNICATIONS, LLC AND [PROPOSED] ORDER** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Counterdefendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD AND CHANGE IN COUNSEL**         **CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2

1  PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and
2  LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,
3
4            Plaintiffs,
5  v.
6  TWITCH INTERACTIVE, INC. a Delaware corporation,
7
8            Defendant.

**NOTICE OF WITHDRAWAL**
**OF COUNSEL OF RECORD**
**AND CHANGE IN COUNSEL**

**CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Stubbs, Alderton & Markiles, LLP and its attorneys, Michael A. Sherman, Jeffrey F. Gersh, Sandeep Seth, Wesley W. Monroe, Stanley H. Thompson, Jr. and Viviana Boero Hedrick, hereby give notice of withdrawal as counsel of record for Patent Plaintiff, and Defendant/Counterclaimant Level 3 Communications, LLC ("Level 3").

Level 3 will continue to be represented by David D. Wier of Level 3 and Jose L. Patiño and Christopher C. Bolten of Foley & Lardner LLP.

Respectfully submitted,

Dated:   March 15, 2019                    STUBBS, ALDERTON & MARKILES, LLP


By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson, Jr.
    Viviana Boero Hedrick

    Attorneys for Patent Plaintiff and
    Counterclaimant PERSONALWEB
    TECHNOLOGIES, LLC

**IT IS SO ORDERED**:

DATED: _____          _____
                                        HON. BETH LABSON FREEMAN

1

**NOTICE OF WITHDRAWAL**            **CASE NO: 5:18-md-02834-BLF**
**AS COUNSEL OF RECORD**            **CASE NO: 5:18-cv-00767-BLF**
**AND CHANGE IN COUNSEL**           **CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2