MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN 198825)
sthompson@stubbsalderton.com
VIVIANA BOERO HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS, ALDERTON & MARKILES, LLP
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

THEODORE S. MACEIKO (SBN 150211)
ted@maceikoip.com
MACEIKO IP
420 2nd Street
Manhattan Beach, CA 90266
Telephone:    (310) 545-3311
Facsimile:    (310) 545-3344

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
PHILLIP J. HAACK (CSB No. 262060)
phaack@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br>Plaintiffs,<br>v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br>Defendants. | Case No.: 5:18-cv-00767-BLF<br><br>**STIPULATION RE DISMISSAL OF CERTAIN CUSTOMER CASES** |

Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon") and PersonalWeb Technologies, LLC ("PersonalWeb") hereby stipulate and recite as follows:

WHEREAS, on March 13, 2019, the Court issued its order granting in part and denying in part Amazon's motion for summary judgment (the "Order") (Dkt. 394);

WHEREAS, per instructions in the Order, the parties agreed and submitted a joint statement (Dkt. 405) that the following eight customer cases which allege infringement based solely on the customer's use of Amazon S3 are fully adjudicated and should be dismissed with prejudice:

- PersonalWeb Technologies, LLC et al. v. Patreon, Inc., No. 5:18-cv-05599;
- PersonalWeb Technologies, LLC et al. v. Dictionary.com, LLC, No. 5:18-cv-05606;
- PersonalWeb Technologies, LLC et al. v. Vox Media, Inc., No. 5:18-cv-05969;
- PersonalWeb Technologies, LLC et al. v. Vice Media, LLC, No. 5:18-cv-05970;
- PersonalWeb Technologies, LLC et al. v. Oath Inc., No. 5:18-cv-06044;
- PersonalWeb Technologies, LLC et al. v. Buzzfeed Inc., No. 5:18-cv-06046;
- PersonalWeb Technologies, LLC et al. v. Popsugar, Inc., No. 5:18-cv-06612; and
- PersonalWeb Technologies, LLC et al. v. Ziff Davis, LLC, No. 5:18-cv-07119

WHEREAS, on April 16, 2019, the Court ordered the parties to file by April 19, 2019 a stipulation and proposed order dismissing these customer cases (Dkt. 408);

THE PARTIES HEREBY STIPULATE and jointly request that the Court dismiss the aforementioned customer cases with prejudice, pursuant to the proposed judgment attached as Exhibit 1.

Dated: April 19, 2019                         FENWICK & WEST LLP

By: /s/ *J. David Hadden*
J. David Hadden
Saina S. Shamilov
Melanie Mayer (admitted *pro hac vice*)
Phillip J. Haack
Ravi R. Ranganath
Chieh Tung

Attorneys for AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.

| | | |
|---|---|---|
| 1 | Dated:  April 19, 2019 | STUBBS, ALDERTON & MARKILES, LLC |
| 2 | | |
| 3 | | By: /s/ Wesley W. Monroe |
| | | Michael A. Sherman |
| | | Jeffrey F. Gersh |
| 4 | | Sandeep Seth |
| | | Wesley W. Monroe |
| 5 | | Stanley H. Thompson, Jr. |
| | | Viviana Boero Hedrick |
| 6 | | |
| | | Attorneys for PERSONALWEB |
| 7 | | TECHNOLOGIES, LLC |
| 8 | Dated:  April 19, 2019 | MACEIKO IP |
| 9 | | By: /s/ Theodore S. Maceiko |
| | | Theodore S. Maceiko |
| 10 | | |
| 11 | | Attorneys for PERSONALWEB |
| | | TECHNOLOGIES, LLC |