# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | **ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS TO THE COURT'S ORDER OF FEBRUARY 3, 2020 ON OR BEFORE FEBRUARY 10, 2020** <br><br> Case No.: 5:18-cv-00767-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC. a Delaware corporation, <br><br> Defendant. | Case No.: 5:18-cv-05619-BLF |

On February 3, 2020, the Court issued and conditionally sealed its Order Granting in Part and Denying in Part Amazon's Motion for Summary Judgment; Granting Twitch's Motion for Summary Judgment; and Denying Amazon's Motion for Judgment on the Pleadings. *See* ECF 578, *Amazon.com, Inc. et al v. Personal Web Technologies, LLC et al*, Case No. 5:18-cv-00767-BLF (N.D. Cal.), ECF 174, *PersonalWeb Techs., LLC v. Twitch Interactive, Inc.*, No. 5:18-cv-05619-BLF (N.D. Cal.), ECF 81.  The Order references materials that were filed under seal in this case.

To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) **on or before February 10, 2020**.

**IT IS SO ORDERED.**

Dated: February 3, 2020

_____
BETH LABSON FREEMAN
United States District Judge