UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PERSONAL WEB TECHNOLOGIES, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-00767-BLF<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's order Granting in Part and Denying in Part Amazon.com, Inc.'s and Amazon Web Services, Inc.'s motion for summary judgment of non-infringement (ECF 174), IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs and counter-defendants Amazon.com, Inc. and Amazon Web Services, Inc. and against Defendants and counter-claimants PersonalWeb Technologies, LLC and Level 3 Communications, LLC.

**IT IS SO ORDERED.**

Dated: February 3, 2020

_____

BETH LABSON FREEMAN
United States District Judge