J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@ stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STANLEY H. THOMPSON, JR. (SBN
198825)
sthompson@stubbsalderton.com
VIVIANA B. HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC
[Additional Attorneys listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| Plaintiffs, | Case No.: 5:18-cv-05619-BLF |
| v. | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |
| Defendants, | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Plaintiffs, | |
| v. | |
| TWITCH INTERACTIVE, INC., | |
| Defendant. | |

1   Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), Twitch

2   Interactive, Inc. ("Twitch"), and PersonalWeb Technologies, LLC ("PersonalWeb") stipulate as

3   follows:

4   WHEREAS, the Court issued under seal, on February 3, 2020, its Order Granting in Part

5   and Denying in Part Amazon's Motion for Summary Judgment; Granting Twitch's Motion for

6   Summary Judgment; Denying Amazon's Motion for Judgment on the Pleadings;

7   WHEREAS, on February 3, 2020, the Court entered final judgment of noninfringement in

8   favor of Amazon and Twitch, and against PersonalWeb and Level 3 Communications (No. 5:18-

9   cv-00767-BLF, Dkt. 176; No. 5:18-cv-05619-BLF, Dkt. 83);

10   WHEREAS, per Fed. R. Civ. P. 54(d)(1)-(2) and L.R. 54, Amazon's and Twitch's deadline

11   to file a motion for attorneys' fees and related expenses, and bill of costs (collectively, the "Fees

12   Motion") is currently February 18, 2020;

13   WHEREAS, the parties have agreed to a modified briefing schedule for the Fees Motion as

14   follows:

| Briefing | Deadline |
|---|---|
| Fees Motion | March 18, 2020 |
| PersonalWeb's Opposition | May 1, 2020 |
| Amazon's and Twitch's Reply | May 22, 2020 |
| Hearing on the Fees Motion | June 11, at 9:00 a.m. |

21   BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE as follows:

22   1.   Amazon and Twitch shall have up until March 18, 2020 to file the Fees Motion;

23   2.   PersonalWeb shall have up until May 1, 2020 to oppose the Fees Motion;

24   3.   Amazon and Twitch shall have up until May 22, 2020 to file its reply in support of its

25   Fees Motion; and

26   4.   The Fees Motion shall be heard on June 11, 2020, or on another date the Court deems

27   proper.

28

1  Respectfully submitted,

2  Dated: February 12, 2020          FENWICK & WEST LLP

3

4  By: */s/ Chieh Tung*_____
     J. DAVID HADDEN (CSB No. 176148)
     dhadden@fenwick.com

5       SAINA S. SHAMILOV (CSB No. 215636)
     sshamilov@fenwick.com

6       RAVI R. RANGANATH (CSB No. 272981)
     rranganath@fenwick.com

7       SHANNON E. TURNER (CSB No. 310121)
     sturner@fenwick.com

8       CHIEH TUNG (CSB No. 318963)
     ctung@fenwick.com

9       Attorneys for AMAZON.COM, INC., and
10      AMAZON WEB SERVICES, INC.

11 Dated: February 12, 2020          FENWICK & WEST LLP

12

13 By: */s/ Todd R. Gregorian*_____
     TODD R. GREGORIAN (CSB No. 236096)
     tgregorian@fenwick.com

14      Attorneys for TWITCH INTERACTIVE, INC.

15

16 Dated:   February 12, 2020          STUBBS, ALDERTON & MARKILES, LLP

17

18 By: */s/ Viviana Boero Hedrick*_____
     MICHAEL A. SHERMAN
     JEFFREY F. GERSH

19      SANDEEP SETH
     WESLEY W. MONROE

20      STANLEY H. THOMPSON, JR.
     VIVIANA BOERO HEDRICK

21      ATTORNEYS FOR DEFENDANTS

22 MACEIKO IP

23      Theodore S. Maceiko (SBN 150211)
     ted@maceikoip.com

24      MACEIKO IP
     420 2nd Street

25      Manhattan Beach, California 90266
     Telephone:    (310) 545-3311

26      Facsimile:    (310) 545-3344

27      Attorneys for
     PERSONALWEB TECHNOLOGIES, LLC

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated:  February 12, 2020

FENWICK & WEST LLP

*/s/ Chieh Tung*

Chieh Tung
Attorney for AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____

Honorable Beth Labson Freeman
United States District Court Judge