| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>SHANNON E. TURNER (CSB No. 310121)<br>sturner@fenwick.com<br>CHIEH TUNG (CSB No. 318963)<br>ctung@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:    650.988.8500<br>Facsimile:    650.938.5200<br><br>Attorneys for AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC., and<br>TWITCH INTERACTIVE, INC. | MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>SANDEEP SETH (SBN 195914)<br>sseth@ stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STANLEY H. THOMPSON, JR. (SBN 198825)<br>sthompson@stubbsalderton.com<br>VIVIANA B. HEDRICK (SBN 239359)<br>vhedrick@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA 91403<br>Telephone:    (818) 444-4500<br>Facsimile:     (818) 444-4520<br><br>Attorneys for PERSONALWEB<br>TECHNOLOGIES, LLC<br>[Additional Attorneys listed below] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>    Plaintiffs<br>    v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Defendants, | Case No.: 5:18-cv-00767-BLF<br><br>Case No.: 5:18-cv-05619-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION TO FILE MOTION FOR ATTORNEY FEES AND COSTS OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Plaintiffs,<br>    v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>    Defendant. | |

Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon"), Twitch Interactive, Inc. ("Twitch"), and PersonalWeb Technologies, LLC ("PersonalWeb") stipulate as follows:

WHEREAS, per stipulation of the parties and Court order, Amazon's and Twitch's deadline to file a motion for attorneys' fees and related expenses ("Motion") is currently March 18, 2020 (Dkts. 582, 583);

WHEREAS, due to COVID-19 and the shelter-in-place orders, Fenwick & West LLP, counsel for Amazon and Twitch, has closed its San Francisco and Mountain View offices, and is relying on remote working arrangements for its attorneys and staff;

WHEREAS, counsel for Amazon is experiencing difficulty with remote working arrangements, and the parties have agreed to a two-day extension for Amazon and Twitch to file its Motion, and a two-day extension for PersonalWeb to file its opposition to the Motion;

BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE as follows:

1. Amazon and Twitch shall have up until March 20, 2020 to file the Motion; and
2. PersonalWeb shall have up until May 4, 2020 to file its opposition papers to the Motion.

Dated: March 18, 2020          FENWICK & WEST LLP

                               By: /s/ J. David Hadden
                                   J. David Hadden
                                   dhadden@fenwick.com

                               Attorneys for AMAZON.COM, INC., and
                               AMAZON WEB SERVICES, INC.
                               TWITCH INTERACTIVE, INC.

Dated:   March 18, 2020        STUBBS, ALDERTON & MARKILES, LLP

                               By: /s/ Viviana Boero Hedrick
                                   MICHAEL A. SHERMAN
                                   JEFFREY F. GERSH
                                   SANDEEP SETH
                                   WESLEY W. MONROE
                                   STANLEY H. THOMPSON, JR.
                                   VIVIANA BOERO HEDRICK
                                   ATTORNEYS FOR DEFENDANT

Attorneys for
PERSONALWEB TECHNOLOGIES, LLC

## ATTESTATION

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: March 18, 2020                FENWICK & WEST LLP

*/s/ J. David Hadden*
J. David Hadden
Attorney for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                               Honorable Beth Labson Freeman
                               United States District Court Judge