J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
TJ FOX (CSB No. 322938)
tfox@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| | Case No.: 5:18-cv-05619-BLF |
| Plaintiffs v. PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, Defendants, | **NOTICE OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. RE MOTION FOR ATTORNEY FEES AND COSTS** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, Plaintiffs, v. TWITCH INTERACTIVE, INC., Defendant. | Date:       August 6, 2020<br>Time:       9:00 a.m.<br>Dept:       Courtroom 3, 5th Floor<br>Judge:     Hon. Beth L. Freeman |

Pursuant to the discussion at the July 28, 2020 case management conference concerning PersonalWeb's Motion for Protective Order (Dkt. 610), and without waiving any other rights, Amazon.com, Inc., Amazon Web Services, Inc., (collectively, "Amazon") and Twitch Interactive, Inc. hereby withdraw the arguments made in their Reply in Support of Motion for Attorney Fees and Costs (Dkt. 612) appearing at page/line 9:25-11:7 (ECF stamp page/line 13:25-15:7).

Dated: July 29, 2020

Respectfully submitted,

FENWICK & WEST LLP

By: /s/J. David Hadden
    J. DAVID HADDEN (CSB No. 176148)

Counsel for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.