| | |
|---|---|
| 1 | MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com |
| 2 | JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com |
| 3 | SANDEEP SETH (SBN 195914)<br>sseth@ stubbsalderton.com |
| 4 | WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com |
| 5 | STANLEY H. THOMPSON, JR. (SBN 198825)<br>sthompson@stubbsalderton.com |
| 6 | VIVIANA B. HEDRICK (SBN 239359)<br>vhedrick@stubbsalderton.com |
| 7 | **STUBBS ALDERTON MARKILES, LLP**<br>15260 Ventura Boulevard, 20TH Floor |
| 8 | Sherman Oaks, CA 91403<br>Telephone:    (818) 444-4500 |
| 9 | Facsimile:    (818) 444-4520 |
| 10 | Attorneys for **PersonalWeb Technologies, LLC** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>           Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>           Defendants. | **Case No.: 5:18-cv-00767-BLF**<br>**Case No.: 5:18-cv-05619-BLF**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>           Counterclaimants,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>           Counterdefendants. | |

| | |
|---|---|
| 1 | PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and |
| 2 | LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | TWITCH INTERACTIVE, INC. a Delaware corporation, |
| 6 | Defendant. |

**PLEASE TAKE NOTICE** that Stanley H. Thompson, Jr. is no longer affiliated with the law firm of Stubbs Alderton & Markiles, LLP, and therefore submits this Notice of Withdrawal of Counsel with regard to Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb"). PersonalWeb continues to be represented by other counsel of record for PersonalWeb as listed on the docket for this matter.

Dated: September 22, 2020  STUBBS, ALDERTON & MARKILES, LLP

By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Sandeep Seth
    Wesley W. Monroe
    Stanley H. Thompson, Jr.
    Viviana Boero Hedrick

    Attorneys for PERSONALWEB
    TECHNOLOGIES, LLC