J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
SANDEEP SETH (SBN 195914)
sseth@ stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
VIVIANA B. HEDRICK (SBN 239359)
vhedrick@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:     (818) 444-4500
Facsimile:     (818) 444-4520

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs and Counterdefendants; <br><br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants and Counterclaimants, | Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF <br><br><br> **JOINT STATEMENT REGARDING FINAL JUDGMENT OF NON-INFRINGEMENT AS TO REMAINING CUSTOMER CASES** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

**JOINT STATEMENT REGARDING FINAL JUDGMENT OF NON-INFRINGEMENT**

On September 27, 2018, the Court stayed all customer cases in this consolidated action pending resolution of Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively "Amazon") declaratory judgment action, *Amazon.com, Inc. et al v. PersonalWeb Technologies, LLC et al.*, No.5:18-cv-00767-BLF. *See In re PersonalWeb Technologies, LLC et al.*, *Patent Litigation*, No. 5:18-md-02834-BLF ("MDL") Dkt. 157. On November 27, 2018, the Court designated *PersonalWeb Technologies, LLC et al. v. Twitch Interactive, Inc.*, No. 5:18-cv-05619-BLF as the representative customer case for all of PersonalWeb's patent infringement theories, the resolution of which would apply to all remaining cases in this multidistrict litigation. MDL Dkt. 313; *see also* MDL Dkt. 295.

On March 13, 2019, the Court granted Amazon's motion for summary judgment on the basis that all infringement claims made against Amazon's Simple Storage Service ("S3") were barred by claim preclusion and the *Kessler* doctrine. MDL Dkt. 381. The Court entered final judgment in eight customer cases where the alleged infringement was based solely on the defendant's use of S3. *Id.* Dkt. 411.

On February 3, 2020, the Court granted in part and denied in part Amazon's motion for summary judgment of non-infringement as to all asserted patents, and granted Twitch's motion for summary judgment of non-infringement as to all asserted patents, and entered judgment based thereon for Amazon and Twitch. MDL Dkt. 578; No.5:18-cv-00767-BLF, Dkt. 176; No. 5:18-cv-05619-BLF, Dkt. 83. On October 6, 2020, the Court *sua sponte* lifted the stay in the remaining cases to allow the Court to enter judgment consistent with the judgements entered in favor of Amazon and Twitch. Dkt. 636. The Court subsequently directed the parties to provide a joint statement advising the Court as to how it should enter its summary judgment order and final judgment in all remaining customer cases in this MDL and to provide a proposed judgment for the remaining cases. Dkt. 637.

The parties hereby submit a Proposed Judgment (attached as Exhibit A), which the Court may enter in each of the remaining cases. The parties agree that upon entry of judgment, the Court may close each remaining case.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: October 27, 2020 | STUBBS, ALDERTON & MARKILES, LLP |
| 3 | | |
| 4 | | By: */s/ Viviana Boero Hedrick* <br>      VIVIANA BOERO HEDRICK <br>      MICHAEL A. SHERMAN <br>      JEFFREY F. GERSH <br>      SANDEEP SETH <br>      WESLEY W. MONROE <br>      Attorneys for <br>      PERSONALWEB TECHNOLOGIES, LLC |
| 9 | Dated: October 27, 2020 | FENWICK & WEST LLP |
| 11 | | By: */s/ J. David Hadden* <br>      J. DAVID HADDEN (CSB No. 176148) <br>      dhadden@fenwick.com <br>      SAINA S. SHAMILOV (CSB No. 215636) <br>      sshamilov@fenwick.com <br>      MELANIE L. MAYER (admitted *pro hac vice*) <br>      mmayer@fenwick.com <br>      RAVI R. RANGANATH (CSB No. 272981) <br>      rranganath@fenwick.com <br>      SHANNON E. TURNER (CSB No. 310121) <br>      sturner@fenwick.com <br>      CHIEH TUNG (CSB No. 318963) <br>      ctung@fenwick.com <br><br>      Attorneys for AMAZON.COM, INC., <br>      AMAZON WEB SERVICES, INC. |
| 20 | Dated: October 27, 2020 | FENWICK & WEST LLP |
| 22 | | By: */s/ Todd R. Gregorian* <br>      TODD R. GREGORIAN (CSB No. 236096) <br>      tgregorian@fenwick.com <br><br>      Attorneys for TWITCH INTERACTIVE, INC. |

| | | |
|---|---|---|
| 1 | Dated: October 27, 2020 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | | |
| 3 | | By: */s/ Nicholas H. Lee* |
| | | Nicholas H. Lee (SBN 259588) |
| 4 | | 777 S. Figueroa Street, 44th Floor |
| | | Los Angeles, CA 90017 |
| 5 | | Phone: (213) 243-4000 |
| | | Fax: (213) 243-4199 |
| 6 | | nicholas.lee@arnoldporter.com |
| 7 | | Attorneys for Defendant HEROKU, INC. |
| 8 | | |
| 9 | Dated: October 27, 2020 | KASOWITZ, BENSON, TORRES LLP |
| 10 | | |
| 11 | | By: */s/ Marcus A. Barber* |
| | | Jonathan K. Waldrop |
| | | jwaldrop@kasowitz.com |
| 12 | | Marcus A. Barber |
| | | mbarber@kasowitz.com |
| 13 | | John W. Downing |
| 14 | | jdowning@kasowitz.com |
| | | Heather S. Kim |
| 15 | | hkim@kasowitz.com |
| | | Attorney for Defendant |
| 16 | | REDDIT, INC. |
| 17 | | |
| | | 333 Twin Dolphin Drive, Suite 200 |
| 18 | | Redwood Shores, California 94065 |
| | | Telephone: (650) 453-5170 |
| 19 | | Facsimile: (650) 453-5171 |
| 20 | | |
| | | Attorneys for Defendant REDDIT, INC. |
| 21 | | |
| 22 | Dated: October 27, 2020 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 23 | | |
| 24 | | By: */s/ Greg Gramenopoulos* |
| | | Robert F. McCauley (SBN 162056) |
| 25 | | robert.mccauley@finnegan.com |
| | | 3300 Hillview Avenue |
| 26 | | Palo Alto, California 94304 |
| 27 | | Telephone: (650) 849-6600 |
| | | Facsimile: (650) 849-6666 |
| 28 | | |

| JOINT STATEMENT RE FINAL JUDGMENT OF NON-INFRINGEMENT | 3 | CASE NO.: 5:18-md-02834-BLF<br>CASE NO.: 5:18-cv-00767-BLF<br>CASE NO.: 5:18-cv-05619-BLF |
|---|---|---|

|     |     |     |
| --- | --- | --- |
| 1   |     | C. Gregory Gramenopoulos (*pro hac vice*) |
| 2   |     | c.gregory.gramenopoulos@finnegan.com |
|     |     | Christopher C. Johns (*pro hac vice*) |
| 3   |     | christopher.johns@finnegan.com |
| 4   |     | 901 New York Avenue NW |
|     |     | Washington, DC 20001-4413 |
| 5   |     | Telephone: (202) 408-4000 |
|     |     | Facsimile: (202) 408-4400 |
| 6   |     |     |
| 7   |     | Attorneys for Defendants CAPTERRA, INC. and MERKLE, INC. |
| 8   |     |     |
| 9   | Dated:   October 27, 2020 | KELLEY DRYE & WARREN LLP |
| 10  |     |     |
| 11  |     | By: */s/ Michael J. Zinna* |
|     |     |     Michael J. Zinna |
| 12  |     |     mzinna@kelleydrye.com |
|     |     |     David G. Lindenbaum |
| 13  |     |     dlindenbaum@kelleydrye.com |
| 14  |     |     101 Park Avenue |
|     |     |     New York, New York 10178 |
| 15  |     |     Telephone: (212) 808-7800 |
|     |     |     Facsimile: (212) 808-7897 |
| 16  |     |     |
| 17  |     | Attorneys for Defendant KICKSTARTER, PBC |
|     | Dated:   October 27, 2020 | PERKINS COIE LLP |
| 18  |     |     |
| 19  |     | By: */s/ Daniel T. Shvodian* |
|     |     |     Daniel T. Shvodian (SBN 184576) |
| 20  |     |     dshvodian@perkinscoie.com |
| 21  |     |     3150 Porter Drive |
|     |     |     Palo Alto, CA  94304 |
| 22  |     |     Telephone: (650) 838-4413 |
|     |     |     Facsimile: (650) 838-4350 |
| 23  |     |     |
| 24  |     | Attorneys for Defendant BRAZE, INC. |
| 25  | Dated:   October 27, 2020 | MARSHALL, GERSTEIN & BORUN LLP |
| 26  |     |     |
|     |     | By: */s/ Benjamin T. Horton* |
| 27  |     |     Benjamin T. Horton |
|     |     |     bhorton@marshallip.com |
| 28  |     |     |

| JOINT STATEMENT RE FINAL JUDGMENT OF NON-INFRINGEMENT | 4 | CASE NO.: 5:18-md-02834-BLF<br>CASE NO.: 5:18-cv-00767-BLF<br>CASE NO.: 5:18-cv-05619-BLF |
| --- | --- | --- |

|  |  |
|---|---|
| | 233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, IL  60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448<br><br>Attorneys for Defendant CARS.COM LLC |
| Dated:   October 27, 2020 | WOMBLE BOND DICKINSON LLP<br><br>By: */s/ John Morrow*<br>    John Morrow<br>    John.morrow@wbd-us.com<br>    One West Fourth Street<br>    Winston-Salem, NC 27101<br>    Telephone: (336) 721-3584<br><br>Attorneys for Defendant KONGREGATE INC. |
| Dated:   October 27, 2020 | TURNER BOYD LLP<br><br>By: */s/ Karen Boyd*<br>    Karen I. Boyd<br>    boyd@turnerboyd.com<br>    701 Marshall St., Suite 640<br>    Redwood City, CA 94063<br>    Telephone: (650) 521-5930<br><br>Attorneys for Defendant STACK EXCHANGE, INC. |
| Dated:   October 27, 2020 | WHITE & CASE LLP<br><br>By:  */s/ Bijal V. Vakil*<br>    Bijal V. Vakil (CA SBN 192878)<br>    bvakil@whitecase.com<br>    WHITE & CASE LLP<br>    Two Palo Alto Square, Suite 900<br>    3000 El Camino Real<br>    Palo Alto, CA  94306<br>    Telephone:    650.213.0300 |

| | | |
|---|---|---|
| 1 | | Facsimile: 650.213.8158 |
| 2 | | Attorneys for Defendant<br>Slack Technologies, Inc. |
| 5 | Dated: October 27, 2020 | WHITE & CASE LLP |
| 6 | | By: */s/ Bijal V. Vakil*<br>Bijal V. Vakil (CA SBN 192878)<br>bvakil@whitecase.com<br>WHITE & CASE LLP<br>Two Palo Alto Square, Suite 900<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: 650.213.0300<br>Facsimile: 650.213.8158 |
| 11 | | Attorneys for Defendant<br>Square, Inc. |
| 13 | Dated: October 27, 2020 | GOODWIN PROCTER LLP |
| 15 | | By: */s/ Darryl M. Woo*<br>Darryl M. Woo (CA SBN 100513)<br>dwoo@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: 415.733.6000<br>Facsimile: 415.677.9041 |
| 19 | | Attorneys for Defendant<br>Goldbely, Inc. |
| 22 | Dated: October 27, 2020 | BENSON LAW |
| 24 | | By: */s/ Christopher R. Benson*<br>Christopher R. Benson<br>cbensonlaw@me.com<br>2705 Pearce Road<br>Austin, TX 78730<br>512-527-9103 |

Attorneys for Plaintiff LEVEL 3
COMMUNICATIONS, LLC

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

Dated: October 27, 2020                    STUBBS, ALDERTON & MARKILES, LLP

*/s/ Viviana Boero Hedrick*
Viviana Boero Hedrick
Attorneys for
PERSONALWEB TECHNOLOGIES, LLC