J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION, | Case No.: 5:18-md-02834-BLF |
| | Case No.: 5:18-cv-00767-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No. 5:18-cv-05619-BLF |
| Plaintiffs, | **[PROPOSED] MODIFIED ORDER GRANTING *EX PARTE* APPLICATION OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC.** |
| v. | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Defendants. | Dept: Courtroom 3, 5th Floor |
| | Judge: Hon. Beth L. Freeman |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Plaintiffs, | |
| v. | |
| TWITCH INTERACTIVE, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION

CASE NOS.: 5:18-md-02834-BLF;
5:18-cv-00767-BLF; 5:18-cv-05619-BLF

**[PROPOSED] ORDER**

Before this Court is the *Ex Parte* Application of Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") for an Order that Judgment Debtor PersonalWeb Technologies, LLC Appear for Examination (the "Application"). Having considered the Application, as well as supporting documents filed therewith, the Court finds good cause to compel PersonalWeb for a judgment debtor examination under Fed. R. Civ. P. 69(a)(2) and Cal. Civ. Proc. Code § 708.110(a). Accordingly, the Court **GRANTS** Amazon's Application as follows:

- PersonalWeb shall appear for a debtor's examination before this Court, located at 280 South 1st Street, San Jose, CA 95113 at the time and date specified in the Order to Appear for Examination;
- PersonalWeb shall provide Amazon bank or financial accounts within PersonalWeb's possession, including current balances, by May 7, 2021; and
- PersonalWeb shall produce documents responsive to Amazon's First Set of Requests for Production of Documents Pursuant to FRCP 69 and CCP § 708.030 no later than 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: April 27, 2021

_____
Honorable Beth L. Freeman
United States District Court Judge