J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| | Case No.: 5:18-cv-05619-BLF |
| Plaintiffs<br>v. | **PROOF OF SERVICE** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | |
| Defendants, | |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, | |
| Plaintiffs,<br>v. | |
| TWITCH INTERACTIVE, INC., | |
| Defendant. | |

PROOF OF SERVICE

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following documents(s):

- **[UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED] REQUEST FOR CASE MANAGEMENT CONFERENCE;**
- **CERTIFICATE OF SERVICE**
- ***EX PARTE* APPLICATION FOR AN ORDER THAT JUDGMENT DEBTOR PERSONALWEB TECHNOLOGIES LLC APPEAR FOR EXAMINATION**
- ***EX PARTE* APPLICATION AND [PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION**
- **ORDER SETTING CASE MANAGEMENT CONFERENCE**
- **MODIFIED ORDER GRANTING *EX PARTE* APPLICATION**
- **ORDER TO APPEAR FOR EXAMINATION**
- **FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PERSONALWEB TECHNOLOGIES, LLC**
- **FIRST SET OF INTERROGATORIES TO DEFENDANT PERSONALWEB TECHNOLOGIES, LLC**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**Via Certified Mail**
Law Offices of Ronald Richards & Associates
P.O. Box 11480
Beverly Hills, CA 90213

**Via Certified Mail**
Law Offices of Ronald Richards & Associates
1629 K ST., Suite 300
Washington, D.C. 20006

*Counsel for PersonalWeb Technologies, LLC*

☑ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

Date: April 28, 2021

*Julie Tosches*
Julie Tosches