1  MICHAEL A. SHERMAN (SBN 94783)
   masherman@stubbsalderton.com
2  JEFFREY F. GERSH (SBN 87124)
   jgersh@stubbsalderton.com
3  WESLEY W. MONROE (SBN 149211)
   wmonroe@stubbsalderton.com
4  VIVIANA BOERO HEDRICK (SBN 239359)
   vhedrick@stubbsalderton.com
5  **STUBBS, ALDERTON & MARKILES, LLP**
   15260 Ventura Blvd., 20th Floor
6  Sherman Oaks, CA 91403
   Telephone:    (818) 444-4500
7  Facsimile:    (818) 444-4520

8  Attorneys for PERSONALWEB
   TECHNOLOGIES, LLC
9  (Excluding Post Judgment Debtor
   Collection Proceedings)

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF**<br><br>**Case No.: 5:18-cv-05619-BLF**<br><br>**PERSONALWEB TECHNOLOGIES, LLC'S NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF PERSONALWEB'S *IN PRO PER* REPRESENTATION** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | |
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>Defendant. | |

**PERSONALWEB'S NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**   **CASE NO: 5:18-md-02834-BLF**
**CASE NO: 5:18-cv-00767-BLF**
**CASE NO.: 5:18-cv-05619-BLF**

4838-3604-8523, V. 2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Stubbs Alderton & Markiles, LLP and its attorneys, Michael A. Sherman, Jeffrey F. Gersh, Wesley W. Monroe, Viviana Boero Hedrick, and Sandeep Seth ("SAM"), and Ted Maceiko ("Maceiko), hereby give notice of withdrawal as counsel of record for PersonalWeb Technologies, LLC ("PersonalWeb"). PersonalWeb hereby gives notice that it will proceed *in pro per* in the above-captioned litigation and enters a substitution of attorney in place of the aforementioned attorneys. Consent to this substitution of counsel by former counsel, SAM and Maceiko, and new counsel, PersonalWeb, *in pro per*, is attached hereto as Exhibit A. Additional grounds in support of PersonalWeb's substitution of counsel is attached hereto as Exhibit B.

PersonalWeb's contact information for service is as follows:

> PersonalWeb Technologies, LLC
> c/o Mike Weiss, President
> 5380 Old Bullard Road
> Suite 600-322
> Tyler, Texas 75703
> 903-884-0777
> mw@pweb.com

Respectfully submitted,

Dated:   May 19, 2021                    STUBBS, ALDERTON & MARKILES, LLP


By: */s/ Michael A. Sherman*
    Michael A. Sherman
    Jeffrey F. Gersh
    Wesley W. Monroe
    Viviana Boero Hedrick
    Sandeep Seth

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

**IT IS SO ORDERED**:

DATED: _____     _____
                                                        HON. BETH LABSON FREEMAN