**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: PERSONALWEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No. 18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br>  Plaintiffs <br>  v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br>  Defendants, | **ORDER DENYING MOTION TO SUBSTITUTE COUNSEL** <br><br> Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br>  Plaintiffs, <br>  v. <br><br> TWITCH INTERACTIVE, INC., <br><br>  Defendant. | |

On May 17, 2021, Plaintiff filed a motion to substitute Plaintiff PersonalWeb Technologies LLC, *in pro per*, in place of Stubbs Alderton & Markiles, LLP. ECF 679. While the Court may have suggested at the recent case management conference that this substitution was permissible, a more searching review of civil procedure indicates otherwise. A corporation or other artificial entity must be represented by licensed counsel. *See, e.g.*, *Rowland v. California Men's Colony*, 506 U.S. 194, 201–202 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."); Civil L.R. 3–9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a

member of the bar of this Court."). Accordingly, the Court DENIES Plaintiff's Motion to Substitute Counsel at ECF 679.

**IT IS SO ORDERED.**

Dated: May 19, 2021

_____
BETH LABSON FREEMAN
United States District Judge

2