MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
**STUBBS ALDERTON & MARKILES, LLP**
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA 91403
Telephone:    (818) 444-4500
Facsimile:    (818) 444-4520

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Defendants. | **Case No.: 5:18-cv-00767-BLF**<br>**Case No.: 5:18-cv-05619-BLF**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>Counterdefendants. | |
| PERSONALWEB TECHNOLOGIES, LLC, a Texas limited liability company, and LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company<br><br>Plaintiffs, | |

1  v.

2  TWITCH INTERACTIVE, INC. a Delaware corporation,

3                Defendant.

**PLEASE TAKE NOTICE** that Viviana Boero Hedrick is no longer affiliated with the law firm of Stubbs Alderton & Markiles, LLP ("SAM"), counsel of record for Plaintiff-Appellant PersonalWeb Technologies, LLC ("PersonalWeb"). PersonalWeb continues to be represented by other counsel of record as listed on the docket for this matter, including its principal counsel, Michael A. Sherman of SAM.

Dated:  July 14, 2021

STUBBS ALDERTON & MARKILES, LLP

By: /s/ Michael A. Sherman
Michael A. Sherman
Jeffrey F. Gersh
Wesley W. Monroe
Attorneys for PERSONALWEB TECHNOLOGIES, LLC