J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Counsel for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants, | Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF <br><br><br> **[PROPOSED] JUDGMENT** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

**[PROPOSED] JUDGMENT**

On March 2, 2021, the Court awarded Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively "Amazon") $4,615,242.28 in attorney fees and $203,300.10 in non-taxable costs. (Dkt. 648.) On April 19, 2021, the Court granted an additional $571,961.71 in attorney fees and $11,120.97 in non-taxable costs in a separate order. (Dkt. 656.) $1,497.62 in post-judgment interest has accrued through July 14, 2021. Accordingly, judgment is hereby entered in favor of, Amazon and against PersonalWeb Technologies LLC, in the amount of $5,403,122.68.

Dated: _____

Honorable Beth L. Freeman
United States District Court Judge

[Proposed] Judgment    1    Case Nos. 5:18-md-02834-BLF, 5:18-cv-00767-BLF, and 5:18-cv-05619-BLF