LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19TH Floor
Los Angeles, CA  90067
Telephone:   (310) 282-6235
Facsimile:   (310) 556-2920

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:   (818) 444-4500
Facsimile:   (818) 444-4520

Attorneys for PERSONALWEB
TECHNOLOGIES, LLC

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for AMAZON.COM, INC.,
AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., | Case No.: 5:18-cv-00767-BLF |
| Plaintiffs | Case No.: 5:18-cv-05619-BLF |
| v. | |
| PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, | **JOINT STIPULATION RE POST-JUDGMENT RELIEF** |
| Defendants. | |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, | |
| Plaintiffs, | |
| v. | |
| TWITCH INTERACTIVE, INC., | |
| Defendant. | |

1     WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused

2  Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc.

3  (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties")

4  of infringing, inter alia, U.S. Patent Nos. 7,802,310 ("'310 Patent") and 6,928,442 ("'442 Patent");

5     WHEREAS, on February 3, 2020, this Court granted summary judgment of non-

6  infringement of claims of the '310 Patent and claims of the '442 Patent in favor of Amazon and

7  against PersonalWeb (Dkt. 578) ("Order");

8     WHEREAS, on March 4, 2020, PersonalWeb appealed the Court's Order to the United

9  States Court of Appeals for the Federal Circuit (Dkt. 587) ("Federal Circuit");

10     WHEREAS, on September 10, 2021, the Court granted the Parties' stipulation setting a

11  deadline for Amazon to file a Motion for Fees (including Motion for Fees pursuant to 35 U.S.C. §

12  285; the appeal fees denied without prejudice by the Court in its April 19, 2021 Order (Dkt. 656);

13  and fees that Amazon has incurred since) ("Fees Motion") before this Court be delayed until thirty

14  (30) days after the Federal Circuit's issuance of the mandate regarding PersonalWeb's appeal of the

15  Court's Order (Dkt. 712);

16     WHEREAS, on November 12, 2021, the Federal Circuit issued the Mandate (Dkt. 714);

17     WHEREAS, the deadline for Amazon's Fees Motion is December 13, 2021; and

18     WHEREAS, Amazon desires an extension of time to submit its Fees Motion due to other-

19  arising case deadlines, professional obligations, and holidays, and PersonalWeb does not oppose

20  such extension of time;

21     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties

22  that that the deadline for Amazon to file its Fees Motion before this Court be delayed from

23  December 13, 2021 until February 4, 2022.

24     **IT IS SO AGREED AND STIPULATED.**

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    Respectfully submitted,

2    Dated:    December 10, 2021          FENWICK & WEST LLP

3                                        By: /s/ J. DAVID HADDEN
                                             J. DAVID HADDEN

4
5                                        J. DAVID HADDEN (CSB No. 176148)
                                         dhadden@fenwick.com
                                         SAINA S. SHAMILOV (CSB No. 215636)
6                                        sshamilov@fenwick.com
                                         MELANIE L. MAYER (*admitted pro hac vice*)
7                                        mmayer@fenwick.com
                                         TODD R. GREGORIAN (CSB No. 236096)
8                                        tgregorian@fenwick.com
                                         RAVI R. RANGANATH (CSB No. 272981)
9                                        rranganath@fenwick.com
                                         FENWICK & WEST LLP
10                                       801 California Street
                                         Mountain View, CA  94041
11                                       Telephone:       650.988.8500
                                         Facsimile:        650.938.5200
12
13                                       Attorneys for AMAZON.COM, INC.,
                                         AMAZON WEB SERVICES, INC., and
14                                       TWITCH INTERACTIVE, INC.

15   Dated:    December 10, 2021          STUBBS ALDERTON MARKILES, LLP

16                                       By: /s/ JEFFREY F. GERSH
                                             JEFFREY F. GERSH

17
18   MICHAEL A. SHERMAN (SBN 94783)       LAWRENCE M. HADLEY (SBN 157728)
     masherman@stubbsalderton.com         lhadley@glaserweil.com
19   JEFFREY F. GERSH (SBN 87124)         GLASER WEIL FINK HOWARD
     jgersh@stubbsalderton.com            AVCHEN & SHAPIRO LLP
20   WESLEY W. MONROE (SBN 149211)        10250 Constellation Blvd., 19TH Floor
     wmonroe@stubbsalderton.com           Los Angeles, CA  90067
21   STUBBS ALDERTON MARKILES, LLP        Telephone:       (310) 282-6235
     15260 Ventura Boulevard, 20TH Floor  Facsimile:        (310) 556-2920
     Sherman Oaks, CA  91403
22   Telephone:       (818) 444-4500      Attorneys for PERSONALWEB
     Facsimile:        (818) 444-4520      TECHNOLOGIES, LLC
23

24                    **CERTIFICATION OF CONCURRENCE IN FILING**

25           I, J. David Hadden, am the ECF user whose identification and password are being used to
26   file this Joint Stipulation.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that
     Jeffrey F. Gersh has concurred in this filing.
27
     Dated: December 10, 2021             By: /s/ J. DAVID HADDEN
28                                            J. DAVID HADDEN

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Date: _____

4  _____
   BETH LABSON FREEMAN
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE
POST-JUDGMENT RELIEF                3

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF