LAWRENCE M. HADLEY (SBN 157728)
lhadley@glaserweil.com
GLASER WEIL FINK HOWARD
    AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19TH Floor
Los Angeles, CA  90067
Telephone:      (310) 282-6235
Facsimile:       (310) 556-2920

MICHAEL A. SHERMAN (SBN 94783)
masherman@stubbsalderton.com
JEFFREY F. GERSH (SBN 87124)
jgersh@stubbsalderton.com
WESLEY W. MONROE (SBN 149211)
wmonroe@stubbsalderton.com
STUBBS ALDERTON MARKILES, LLP
15260 Ventura Boulevard, 20TH Floor
Sherman Oaks, CA  91403
Telephone:      (818) 444-4500
Facsimile:       (818) 444-4520

Attorneys for PERSONALWEB TECHNOLOGIES, LLC

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
MELANIE L. MAYER (*admitted pro hac vice*)
mmayer@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      650.988.8500
Facsimile:       650.938.5200

Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION | Case No.: 5:18-md-02834-BLF |
| AMAZON.COM, INC., and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs <br> v. <br><br> PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Defendants. | Case No.: 5:18-cv-00767-BLF <br><br> Case No.: 5:18-cv-05619-BLF <br><br> **JOINT STIPULATION RE POST-JUDGMENT RELIEF** |
| PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br> v. <br><br> TWITCH INTERACTIVE, INC., <br><br> Defendant. | |

WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties") of infringing, inter alia, U.S. Patent Nos. 7,802,310 ("'310 Patent") and 6,928,442 ("'442 Patent");

WHEREAS, on February 3, 2020, this Court granted summary judgment of non-infringement of claims of the '310 Patent and claims of the '442 Patent in favor of Amazon and against PersonalWeb (Dkt. 578) ("Order");

WHEREAS, on March 4, 2020, PersonalWeb appealed the Court's Order to the United States Court of Appeals for the Federal Circuit (Dkt. 587) ("Federal Circuit");

WHEREAS, on September 10, 2021, the Court granted the Parties' stipulation setting a deadline for Amazon to file a request for supplemental fees (including for fees pursuant to 35 U.S.C. § 285; the appeal fees denied without prejudice by the Court in its April 19, 2021 Order (Dkt. 656); and fees that Amazon has incurred since) ("Fees Submission") before this Court be delayed until thirty (30) days after the Federal Circuit's issuance of the mandate regarding PersonalWeb's appeal of the Court's Order (Dkt. 712);

WHEREAS, on November 12, 2021, the Federal Circuit issued the Mandate (Dkt. 714);

WHEREAS, on December 10, 2021, the Parties stipulated to extending the time for Amazon to submit its Fees Submission to February 4, 2022 (Dkt. 715);

WHEREAS, on December 13, 2021, the Court granted the Parties' stipulation extending the time for Amazon to submit its Fees Submission to February 4, 2022 (Dkt. 716);

WHEREAS, Amazon desires a further extension of time to submit its Fees Submission, and PersonalWeb does not oppose such extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties that that the deadline for Amazon to file its Fees Submission before this Court be delayed from February 4, 2022 until March 11, 2022.

**IT IS SO AGREED AND STIPULATED.**

Fenwick & West LLP

|   |   |
|---|---|
| Respectfully submitted, | |
| Dated: January 25, 2022 | FENWICK & WEST LLP |
| | By: */s/ J. David Hadden* |
| |     J. DAVID HADDEN |
| | |
| | J. DAVID HADDEN (CSB No. 176148) |
| | dhadden@fenwick.com |
| | SAINA S. SHAMILOV (CSB No. 215636) |
| | sshamilov@fenwick.com |
| | MELANIE L. MAYER (*admitted pro hac vice*) |
| | mmayer@fenwick.com |
| | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| | RAVI R. RANGANATH (CSB No. 272981) |
| | rranganath@fenwick.com |
| | FENWICK & WEST LLP |
| | 801 California Street |
| | Mountain View, CA 94041 |
| | Telephone: 650.988.8500 |
| | Facsimile: 650.938.5200 |
| | |
| | Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |
| Dated: January 25, 2022 | STUBBS ALDERTON MARKILES, LLP |
| | By: */s/ Michael A. Sherman* |
| |     MICHAEL A. SHERMAN |

| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783) | LAWRENCE M. HADLEY (SBN 157728) |
| masherman@stubbsalderton.com | lhadley@glaserweil.com |
| JEFFREY F. GERSH (SBN 87124) | GLASER WEIL FINK HOWARD |
| jgersh@stubbsalderton.com |     AVCHEN & SHAPIRO LLP |
| WESLEY W. MONROE (SBN 149211) | 10250 Constellation Blvd., 19TH Floor |
| wmonroe@stubbsalderton.com | Los Angeles, CA 90067 |
| STUBBS ALDERTON MARKILES, LLP | Telephone: (310) 282-6235 |
| 15260 Ventura Boulevard, 20TH Floor | Facsimile: (310) 556-2920 |
| Sherman Oaks, CA 91403 | |
| Telephone: (818) 444-4500 | Attorneys for PERSONALWEB |
| Facsimile: (818) 444-4520 | TECHNOLOGIES, LLC |

## CERTIFICATION OF CONCURRENCE IN FILING

I, J. David Hadden, am the ECF user whose identification and password are being used to file this Joint Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that Michael A. Sherman has concurred in this filing.

Dated: January 25, 2022    By: */s/ J. David Hadden*
    J. DAVID HADDEN

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: January 25, 2022

*[signature]*
BETH LABSON FREEMAN
United States District Judge