| | |
|---|---|
| MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA 91403<br>Telephone:   (818) 444-4500<br>Facsimile:    (818) 444-4520<br><br>Attorneys for PERSONALWEB TECHNOLOGIES, LLC | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>MELANIE L. MAYER (*admitted pro hac vice*)<br>mmayer@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone:   650.988.8500<br>Facsimile:    650.938.5200<br><br>Attorneys for AMAZON.COM, INC., AMAZON WEB SERVICES, INC., and TWITCH INTERACTIVE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: PERSONAL WEB TECHNOLOGIES, LLC ET AL., PATENT LITIGATION<br><br>AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>    Plaintiffs<br>v.<br>PERSONALWEB TECHNOLOGIES, LLC and LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Defendants.<br><br>PERSONALWEB TECHNOLOGIES, LLC, and LEVEL 3 COMMUNICATIONS, LLC,<br><br>    Plaintiffs,<br>v.<br>TWITCH INTERACTIVE, INC.,<br><br>    Defendant. | Case No.: 5:18-md-02834-BLF<br><br>Case No.: 5:18-cv-00767-BLF<br><br>Case No.: 5:18-cv-05619-BLF<br><br>**JOINT STIPULATION RE STUBBS ALDERTON & MARKILES, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PERSONALWEB TECHNOLOGIES, LLC** |

JOINT STIPULATION RE
MOTION TO WITHDRAW

CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

WHEREAS, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") has accused Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") (collectively, PersonalWeb and Amazon may be referred to as "Parties") of infringing, inter alia, U.S. Patent Nos. 7,802,310 and 6,928,442;

WHEREAS, on February 10, 2022, Stubbs Alderton & Markiles, LLP ("Stubbs Alderton"), counsel for PersonalWeb, filed its Notice of Motion and Motion to Withdraw as Counsel for PersonalWeb ("Motion to Withdraw") (Dkt. 728);

WHEREAS, the deadline for Amazon to file its opposition to the Motion to Withdraw is April 7, 2022 (Dkt. 730);

WHEREAS, the deadline for Stubbs Alderton to file its reply in support of the Motion to Withdraw is April 14, 2022 (Dkt. 730);

WHEREAS, the noticed hearing date for the Motion to Withdraw is June 23, 2022 (Dkt. 730);

WHEREAS, Amazon desires an extension of time to file its opposition to the Motion to Withdraw due to other-arising case deadlines and professional obligations, and PersonalWeb does not oppose such extension of time; and

WHEREAS, Stubbs Alderton desires an extension of time to file its reply in support of its Motion to Withdraw due to other-arising case deadlines and professional obligations, and Amazon does not oppose such extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED amongst the Parties that:

(i)  the deadline for Amazon to file its opposition to the Motion to Withdraw before this Court be delayed from April 7, 2022 until April 15, 2022; and

(ii) the deadline for Stubbs Alderton to file its reply in support of its Motion to Withdraw before this Court be delayed from April 14, 2022 until May 6, 2022.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| | Respectfully submitted, |
| Dated:   April 5, 2022 | FENWICK & WEST LLP |
| | By: /s/ J. David Hadden<br>   J. DAVID HADDEN |
| | J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>MELANIE L. MAYER (*admitted pro hac vice*)<br>mmayer@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:       650.988.8500<br>Facsimile:       650.938.5200<br>Attorneys for AMAZON.COM, INC.,<br>AMAZON WEB SERVICES, INC., and<br>TWITCH INTERACTIVE, INC. |
| Dated:   April 5, 2022 | STUBBS ALDERTON MARKILES, LLP |
| | By: /s/ Michael A. Sherman<br>   MICHAEL A. SHERMAN |
| | MICHAEL A. SHERMAN (SBN 94783)<br>masherman@stubbsalderton.com<br>JEFFREY F. GERSH (SBN 87124)<br>jgersh@stubbsalderton.com<br>WESLEY W. MONROE (SBN 149211)<br>wmonroe@stubbsalderton.com<br>STUBBS ALDERTON MARKILES, LLP<br>15260 Ventura Boulevard, 20TH Floor<br>Sherman Oaks, CA  91403<br>Telephone:       (818) 444-4500<br>Facsimile:       (818) 444-4520<br>Attorneys for PERSONALWEB<br>TECHNOLOGIES, LLC |

### CERTIFICATION OF CONCURRENCE IN FILING

I, J. David Hadden, am the ECF user whose identification and password are being used to file this Joint Stipulation.  In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that Michael A. Sherman has concurred in this filing.

Dated: April 5, 2022             /s/ J. David Hadden
             J. DAVID HADDEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 6, 2022

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge