1
2
3                    **UNITED STATES DISTRICT COURT**
4                   **NORTHERN DISTRICT OF CALIFORNIA**
5                         **SAN JOSE DIVISION**
6

| | |
|---|---|
| 7   IN RE PERSONAL WEB<br>TECHNOLOGIES, LLC ET AL., PATENT<br>8   LITIGATION | Case No. 18-md-02834-BLF |
| 9   AMAZON.COM, INC. and AMAZON<br>WEB SERVICES, INC., | Case No. 18-cv-00767-BLF<br><br>Case No. 18-cv-05619-BLF |
| 10 | |
| 11                Plaintiffs<br>        v. | **ORDER RE: JUNE 23, 2022 HEARING<br>ON STUBBS, ALDERTON &<br>MARKILES, LLP'S SECOND<br>MOTION TO WITHDRAW** |
| 12   PERSONALWEB TECHNOLOGIES, LLC<br>13   and LEVEL 3 COMMUNICATIONS, LLC, | |
| 14 | |
| 15                Defendants. | |
| 16   PERSONALWEB TECHNOLOGIES, LLC<br>     and LEVEL 3 COMMUNICATIONS, LLC, | |
| 17 | |
| 18                Plaintiffs<br>        v. | |
| 19   TWITCH INTERACTIVE, INC., | |
| 20 | |
| 21                Defendant. | |

22
23        A hearing on Stubbs, Alderton & Markiles, LLP's ("SAM") second Motion to Withdraw as
24   Attorney for PersonalWeb Technologies, LLC ("PersonalWeb") is scheduled for June 23, 2022.
25   The Court hereby ORDERS that a representative from PersonalWeb SHALL attend the
26   June 23, 2022 hearing.
27   / / /
28   / / /

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated:  May 31, 2022

BETH LABSON FREEMAN
United States District Judge