1  Robert M. Charles, Jr. (*admitted pro hac vice*)
   RCharles@lewisroca.com
2  Patrick Emerson McCormick (CA Bar #307298)
   PMcCormick@lewisroca.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One South Church Avenue, Suite 2000
4  Tucson, AZ  85701-1611
   Tel:    520.622.2090
5  Fax:    520.622.3088

6  Attorneys for PersonalWeb Technologies, LLC

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE PERSONALWEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION, | **CASE NO. 5:18-md-02834-BLF** |
| 12 | **Case No. 5:18-cv-0767-BLF** |
| 13  AMAZON.COM, INC. and AMAZON WEB SERVICE, INC., | **Case No. 5:18-cv-05719-BLF** |
| 14 | **NOTICE OF APPEARANCE** |
| 15                  Plaintiffs, | |
| 16  v. | |
| 17  PERSONALWEB TECHNOLOGIES, LLC, et al., | |
| 18                  Defendants. | |
| 19  PERSONAL WEB TECHNOLOGIES, LLC, et al., | |
| 20 | |
| 21                  Plaintiffs | |
| 22  v. | |
| 23  TWITCH INTERACTIVE, INC., | |
| 24                  Defendant. | |

25       Robert M. Charles, Jr. and Patrick Emerson McCormick of Lewis Roca Rothgerber

26  Christie LLP appear as attorneys for PersonalWeb Technologies, LLC.  This is a limited scope

27  representation as permitted by Cal. R. Ct. 3.35 with respect to post-judgment discovery, including

28  responding to discovery demands, reviewing and producing documents, preparing privilege logs,

118335166.1                                                                        5:18-MD-02834-BLF

1  meeting and conferring on discovery matters, and engaging in motion practice relating to post-
2  judgment discovery as necessary.  Counsel have not agreed to undertake any other action on
3  behalf of PersonalWeb Technologies, LLC.
4      Dated this 26th day of July, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
    Robert M. Charles, Jr.
    Patrick Emerson McCormick

Attorneys for PersonalWeb Technologies, Inc.