1  MICHAEL A. SHERMAN (SBN 94783)
   masherman@stubbsalderton.com
2  JEFFREY F. GERSH (SBN 87124)
   jgersh@stubbsalderton.com
3  **STUBBS ALDERTON & MARKILES, LLP**
   15260 Ventura Blvd., 20th Floor
4  Sherman Oaks, CA 91403
   Telephone:    (818) 444-4500
5  Facsimile:    (818) 444-4520

6  Former Attorneys for PERSONALWEB
   TECHNOLOGIES, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

| | |
|---|---|
| IN RE PERSONAL WEB TECHNOLOGIES, LLC, ET., AL., PATENT LITIGATION | **CASE NO.: 5:18-md-02834-BLF**<br><br>**Case No.: 5:18-cv-00767-BLF** |
| AMAZON.COM, INC. and AMAZON WEB SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | **Case No.: 5:18-cv-05619-BLF**<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |
| PERSONALWEB TECHNOLOGIES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITCH INTERACTIVE, INC.,<br><br>Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in accordance with Section IV, Paragraph 1 of the Court Order, ECF No. 760, dated June 24, 2022, Lewis Roca Rothgerber Christie LLP has filed a notice of appearance representing PersonalWeb Technologies, LLC (ECF No. 314, dated July 26, 2022). In accordance with said Court Order, Stubbs Alderton & Markiles, LLP, therefore, withdraws as counsel of record for PersonalWeb Technologies, LLC.

Respectfully submitted,

Dated: August 2, 2022                    STUBBS, ALDERTON & MARKILES, LLP


By:  /s/ Michael A. Sherman
     Michael A. Sherman
     Jeffrey F. Gersh

     Former Attorneys for PERSONALWEB
     TECHNOLOGIES, LLC