1  J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
2  SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
3  MELANIE L. MAYER (admitted *pro hac vice*)
mmayer@fenwick.com
4  TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
5  RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
6  FENWICK & WEST LLP
Silicon Valley Center
7  801 California Street
Mountain View, CA  94041
8  Telephone:    650.988.8500
Facsimile:     650.938.5200
9
Counsel for AMAZON.COM, INC.,
10  AMAZON WEB SERVICES, INC., and
TWITCH INTERACTIVE, INC.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN JOSE DIVISION

15  IN RE:  PERSONAL WEB TECHNOLOGIES,
LLC ET AL., PATENT LITIGATION

16  AMAZON.COM, INC., and AMAZON WEB
SERVICES, INC.,
17

18          Plaintiffs
     v.
19
PERSONALWEB TECHNOLOGIES, LLC and
20  LEVEL 3 COMMUNICATIONS, LLC,

21          Defendants,

PERSONALWEB TECHNOLOGIES, LLC, and
22  LEVEL 3 COMMUNICATIONS, LLC,

23          Plaintiffs,
     v.
24
TWITCH INTERACTIVE, INC.,
25
          Defendant.
26

27

28

Case No.: 5:18-md-02834-BLF

Case No.: 5:18-cv-00767-BLF

Case No.: 5:18-cv-05619-BLF

**OBJECTION OF AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AND TWITCH INTERACTIVE, INC. TO NOTICE OF WITHDRAWAL OF STUBBS ALDERTON & MARKILES LLP AS COUNSEL OF RECORD FOR PERSONALWEB TECHNOLOGIES, LLC**

FENWICK & WEST LLP
ATTORNEYS AT LAW

Amazon.com, Inc., Amazon Web Services, Inc., and Twitch Interactive, Inc. (collectively, "Amazon") object to the purported notice of substitution of Stubbs Alderton & Markiles LLP ("Stubbs Alderton") as not in compliance with the Court's order (Dkt. 760) or the Local Rules. Instead, PersonalWeb Technologies, LLC ("PersonalWeb") and its counsel appear to be continuing to game the proceedings in order to prejudice Amazon's enforcement of the judgment.

While Lewis Roca Rothgerber Christie LLP ("Lewis Roca") have filed a purported notice of appearance for PersonalWeb, that notice is deficient in numerous respects:

1. The notice is not filed in the lead case, No. 18-md-2834 (or 18-cv-05619-BLF either), and so permitting Stubbs Alderton to withdraw would leave PersonalWeb without any representation as to the MDL.

2. Lewis Roca has specifically *not* agreed to serve as counsel of record for all purposes as the Court's rules require [L.R. 11-5(b)] but appears to be attempting to limit its representation much in the same way that PersonalWeb divided representation between Stubbs Alderton and Ronald Richards previously in order to avoid judgment enforcement.

3. Lewis Roca has attempted to limit its representation to certain judgment enforcement tasks, potentially to the exclusion of other issues that may arise, for example issues concerning any remand of the fee award from the Federal Circuit.

The Court set forth an exceedingly simple requirement for Stubbs Alderton's withdrawal, one that would be satisfied by Lewis Roca filing a simple notice of appearance in the appropriate case numbers without attempting unilaterally to impose conditions contrary to the Court's rules about the representation of parties.  The Court should not tolerate further gamesmanship from PersonalWeb or its counsel, and it should require that PersonalWeb comply with its prior order before Stubbs Alderton is permitted to withdraw.

FENWICK & WEST LLP
ATTORNEYS AT LAW

OBJECTION TO NOTICE OF WITHDRAWAL    1    CASE NOS. 5:18-md-02834-BLF,
5:18-cv-00767-BLF, and
5:18-cv-05619-BLF

1

2   Dated:    August 2, 2022

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

FENWICK & WEST LLP


By: */s/ Todd R. Gregorian*
    Todd R. Gregorian

    Attorney for AMAZON.COM, INC.,
    AMAZON WEB SERVICES, INC., and
    TWITCH INTERACTIVE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

OBJECTION TO NOTICE OF WITHDRAWAL          2          CASE NOS. 5:18-md-02834-BLF,
                                                      5:18-cv-00767-BLF, and
                                                      5:18-cv-05619-BLF