UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC ET AL. PATENT LITIGATION, et al. | Case Nos.  18-md-02834-BLF  (SVK)<br>18-cv-0767-BLF  (SVK)<br>18-cv-5619-BLF  (SVK)<br><br>**ORDER FOLLOWING NOVEMBER 9, 2022 DISCOVERY HEARING** |

Following the Court's October 31, 2022 Order on Joint Discovery Submission re Waiver of Attorney-Client Privilege (Dkt. 793), Amazon submitted a proposed order for completion of the production ordered by the Court (Dkt. 794), to which PersonalWeb objected (Dkt. 795). The Court held a discovery hearing on November 9, 2022. For the reasons discussed at the hearing, the Court **ORDERS** as follows:

1. PersonalWeb's production of documents as ordered in Dkt. 793 will proceed on a rolling basis and be completed by **January 20, 2023.**

2. By **November 14, 2022**, PersonalWeb's current counsel Lewis Roca Rothgerber Christie, LLP ("Lewis Roca") must confer with Stubbs Alterton Markiles LLP ("Stubbs Alterton") and file with the Court a status report addressing: (1) the date, content, and estimated size of Stubbs Alterton's first production of documents to Lewis Roca; and (2) the estimated date upon which Stubbs Alterton's production of document to Lewis Roca will be completed.

3. In light of the foregoing schedule, PersonalWeb and Amazon are to meet and confer on a stipulation for an extension of the deadline for Amazon to file its final

supplemental attorney's fees submission and submit the stipulation for Judge Freeman's consideration by **November 18, 2022**.

**SO ORDERED.**

Dated: November 9, 2022

SUSAN VAN KEULEN
United States Magistrate Judge