UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PERSONALWEB TECHNOLOGIES, LLC PATENT LITIGATION. . | Case No.  18-md-02834-BLF   (SVK)<br>Case No.  18-cv-00767-BLF   (SVK)<br>Case No.  18-cv-05619-BLF   (SVK)<br><br>**ORDER FOR ADDITIONAL BRIEFING; ORDER RE SEALING**<br><br>Re: Dkt. No. 801 |

The Court has reviewed the Joint Discovery Submission and the relevant discovery orders that preceded it. Dkt. 801. To further assess the Parties' respective positions, the Court **ORDERS** that the information below, and only the information below, be filed **no later than November 30, 2022**. All filings may be made **UNDER SEAL** because responsive information is likely to reflect attorney-client communications and attorney work-product.

1. Responding Third Parties are to provide declarations of counsel detailing counsels' involvement in the identification and production of responsive documents. *See* Dkt. 801 at 3:19.

2. Amazon is to provide support for its statement that "Markiles used his Stubbs email accounts to conduct the business of Europlay and Claria." Dkt. 801 at 2:12.

3. In separate submissions not to exceed 3 double-spaced pages in pleading format, both parties are to address the Responding Third Parties' statement that "this appears to be a moot issue given the Court's October 31, 2022 order ordering Personal Web to produce documents from its counsel at the Stubbs Alderton firm." Dkt. 801 at 4:19

Nothing filed in response to this Order may be used in any proceeding to argue that a party has waived the attorney-client privilege or attorney work-product protection. Amazon and the

////

////

Responding Third Parties are admonished in advance not to re-argue issues already before the Court or to raise new issues.

**SO ORDERED.**

Dated: November 16, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge